UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-42-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSE MANUEL HERNANDEZ-ITURRALDE | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entries Numbered 53, 54, 55 and 56 be sealed and deemed ex parte in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney.

This the 19th day of August, 2011.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE